UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONRAY STANLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. TOOR,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01078-SKO (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. 6) |

　　　　On August 5, 2020, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 6.) The Court granted Plaintiff's previous application to proceed *in forma pauperis* (Doc. 2) on the same date. (Doc. 5.) Accordingly, the Court DISREGARDS the present application (Doc. 6) as moot.

IT IS SO ORDERED.

Dated:　**August 7, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE